**DESIGNER SKIN**

# 2008 REBATE PROGRAMS

## 2008 Pricing Levels

PRICING IS DETERMINED BY AUSTRALIAN GOLD, CALIFORNIA TAN AND DESIGNER SKIN COMBINED PURCHASES FROM 2007

Multi-Millionaire  $2,750,000  (56% off)
Millionaire          $1,800,000  (54% off)
Gold Chairman    $1,000,000  (51% off)
Chairman           $600,000     (50% off)
President           $400,000     (48% off)
Executive           $250,000     (46% off)

*Lamp and accessory prices are not based on percentages above

## 2008 Percentage Share Incentive Program

| If 75% Share or above: | | If 74% Share or Less: | |
|---|---|---|---|
| GROWTH | INCENTIVE | GROWTH | INCENTIVE |
| Maintain Share | 3% Rebate | Maintain Share | 3% Rebate |
| 1% Increase | 4% Rebate | 2% Increase | 4% Rebate |
| 2% Increase | 5% Rebate | 4% Increase | 5% Rebate |
| 3% Increase | 6% Rebate | 6% Increase | 6% Rebate |
| 4% Increase | 7% Rebate | 8% Increase | 7% Rebate |
| 5% Increase | 8% Rebate | 10% Increase | 8% Rebate |

***** Anyone who reaches 100% market share in AG/CT/DS brands will get maximum 8% rebate and 8% rebate is guaranteed each year 100% is maintained.

**Buy In Bonus Program***

| Multi-Millionaire Level | Millionaire Level | Gold Chairman Level |
|---|---|---|
| $2,000,000 Earns 6% Rebate | $1,200,000 Earns 4.5% Rebate | $500,000 Earns 3.75% Rebate |
| $1,000,000 Earns 4% Rebate | $600,000 Earns 3% Rebate | $250,000 Earns 2.5% Rebate |
| Chairman Level | President Level | Executive Level |
| $300,000 Earns 3% Rebate | $200,000 Earns 2.25% Rebate | $100,000 Earns 1.5% Rebate |
| $150,000 Earns 2% Rebate | $100,000 Earns 1.5% Rebate | $50,000 Earns 1% Rebate |

## 2008 Premier Bonus Program*

Sign the following number of NEW Premiers; receive an additional 3% on volume rebate
(NEW Premier Salon is defined as a salon that has NOT renewed or resigned in the past 2 years)

Multi-Millionaire and Millionaire      200
Gold Chairman                                150
Chairman                                        100
President                                          50
Executive                                          50

*MUST HIT PERCENTAGE SHARE INCENTIVE TO QUALIFY

EXHIBIT B